HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLIE STEELE,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation; and, DOES ONE THROUGH FIFTY,

    Defendant.

Case No. 3:19-cv-05553-BHS

**ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO MODIFY ORDER SETTING PRETRIAL SCHEDULE (DISCOVERY CUTOFF)**

Before this Court is the Parties' Joint Motion for Leave to Modify the Order Setting Deadlines for Discovery. The Court, upon notice and for good cause shown, hereby GRANTS the Parties' Motion and hereby orders the following deadlines:

| **DEADLINE** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Discovery completed by | June 14, 2021 | July 2, 2021 |

IT IS SO ORDERED.

DATED this 8th day of June, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO MODIFY ORDER SETTING PRETRIAL SCHEDULE (DISCOVERY CUTOFF) - 1
CASE NO. 3:19-cv-05553-BHS
019188.0447/8459116.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Presented by: |
| 4 | LANE POWELL PC |
| 5 | |
| 6 | By: *s/ Tim D. Wackerbarth* |
| 7 | Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com |
| 8 | Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com |
| 9 | |
| 10 | *Attorneys for Defendant National Railroad Passenger Corporation* |
| 11 | |
| 12 | ROSSI VUCINOVICH PC |
| 13 | |
| 14 | By: *s/ James K. Vucinovich* |
| 15 | James K. Vucinovich, WSBA No. 29199<br>jvucinovich@rvflegal.com |
| 16 | *Attorneys for Plaintiff* |

ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO MODIFY ORDER SETTING PRETRIAL SCHEDULE (DISCOVERY CUTOFF) - 2
CASE NO. 3:19-cv-05553-BHS
019188.0447/8459116.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107