THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KYLIE STEELE, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation; and, DOES ONE THROUGH FIFTY, <br><br> Defendants. | Case No. 3:19-cv-05553-BHS <br><br> **[PROPOSED] ORDER GRANTING MOTIONS *IN LIMINE*** |

## MOTIONS IN LIMINE

1. **Motion to exclude evidence, argument or reference to unrelated injuries, illnesses, or conditions.**

   GRANTED: _____    DENIED: _____    RESERVED: _____

2. **Motion to exclude Plaintiff's medical records from being admitted into evidence.**

   GRANTED: _____    DENIED: _____    RESERVED: _____

3. **Motion to exclude evidence of surveillance on Plaintiff.**

   GRANTED: _____    DENIED: _____    RESERVED: _____

**[Proposed] Order Granting Motions *In Limine*** - Page 1
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

4. **Motion to exclude evidence of the time or manner of Plaintiff's retention of an attorney.**

GRANTED: _____   DENIED: _____   RESERVED: _____

5. **Motion to exclude evidence not produced in discovery.**

GRANTED: _____   DENIED: _____   RESERVED: _____

6. **Motion to exclude improper character evidence of evidence of "good" acts of Amtrak.**

GRANTED: _____   DENIED: _____   RESERVED: _____

7. **Motion to exclude argument or reference regarding failure to call witnesses.**

GRANTED: _____   DENIED: _____   RESERVED: _____

8. **Motion to exclude evidence of tax on recovery.**

GRANTED: _____   DENIED: _____   RESERVED: _____

9. **Motion to exclude any evidence of or reference to any collateral source benefits received by Plaintiff.**

GRANTED: _____   DENIED: _____   RESERVED: _____

10. **Motion to exclude any evidence of or reference to Plaintiff's sister's concussion.**

GRANTED: _____   DENIED: _____   RESERVED: _____

Dated: September 7, 2021

**ROSSI VUCINOVICH PC**

By: *s/ James K. Vucinovich*
James K. Vucinovich, WSBA No. 29199
jvucinovich@rvflegal.com
**ATTORNEYS FOR PLAINTIFF**

**[Proposed] Order Granting Motions *In Limine*** - Page 2
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004