THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **KYLIE STEELE**, <br><br> Plaintiffs, <br><br> v. <br><br> **NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation;** <br><br> Defendant. | Case No. 3:19-cv-05553-BHS <br><br> **NEUTRAL STATEMENT OF THE CASE** |

This is a civil case involving claims for personal injury and other damages arising out of the December 18, 2017 derailment of Amtrak Cascades Train 501 near DuPont, Washington. Kylie Steele is the plaintiff in this case and was a passenger on the Amtrak train when it derailed. Plaintiff suffered a mild traumatic brain injury in the derailment, and alleges she suffered damages as a result of that condition. Defendant Amtrak has admitted that it is liable for the damages resulting from the derailment but disputes the nature and extent of the Plaintiff's damages arising out of the mild traumatic brain injury she suffered in the derailment.

AGREED NEUTRAL STATEMENT OF THE CASE
Page 1 of 3
Case No.: 3:19-cv-05553-BHS

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

Dated: September 21, 2021

**ROSSI VUCINOVICH PC**

By: *s/ James K. Vucinovich*
James K. Vucinovich, WSBA No. 29199
C. N. Coby Cohen, WSBA No. 30034
jvucinovich@rvflegal.com
ccohen@rvflegal.com
**ATTORNEYS FOR PLAINTIFF**

LANE POWELL PC

By: *s/ Tim D. Wackerbarth*
Tim D. Wackerbarth
Andrew G. Yates
wackerbartht@lanepowell.com
yatesa@lanepowell.com
**ATTORNEYS FOR DEFENDANT**

AGREED NEUTRAL STATEMENT OF THE CASE
Page 2 of 3
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004