UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLIE STEELE, | CASE NO. C19-5553BHS |
| Plaintiff, | SPECIAL VERDICT FORM |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

We, the jury, award Plaintiff Kylie Steele the following amounts in this matter:

1. Past non-economic damages: $960,000
2. Future non-economic damages: $2,000,000
3. Past economic damages: $215,000
4. Future economic damages: $3,700,000

**Total:** $6,875,000

Sign and return this verdict form.

Dated: November 23, 2021.

_____
Foreperson

ORDER - 1