UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| KYLIE STEELE, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Defendant. | CASE NO. C19-5553BHS <br><br> ADMITTED EXHIBITS | |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 1 | Still shot photograph of wreckage (Source: Getty Images) | 11/17/2021 | |
| 2 | Police aerial drone video of wreckage ( Source Tukwila Police Dept) | 11/17 | |
| 4 | Police aerial drone video of wreckage (Source: Tukwila Police Dept) | 11/17 | |
| 5 | Still shot photograph of wreckage (NTSB Report, Figure 2) | 11/17 | |

1

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 6 | Still photograph of wreckage (NTSB Report, Figure 10) | 11/17 | |
| 7 | Photograph of site | 11/17 | |
| 8 | Photographs of Car No. 6, No. 7422 (taken 3/9/18) | 11/17 | |
| 9 | Photographs of Car No. 6, No. 7422 (taken 3/9/18) | 11/17 | |
| 10 | Photographs of Car No. 6, No. 7422 (taken 3/9/18) | 11/17 | |
| 14 | Photograph of Kylie Steele | 11/18 | |
| 15 | Sarah Bellum | 11/19 | |
| 19 | Demonstrative treatment timeline from date of injury to present | 11/18 | |
| 22 | *Demonstrative – Coup Contrecoup Side to Side* | | Demonstrative Only - Used on 11/16 |
| 23 | *Demonstrative - Diagnoses* | | Demonstrative Only - Used on 11/16 |
| 24 | *Demonstrative – Treatments She Has Endured* | | Demonstrative Only - Used on 11/16, 11/18 |
| 27 | *Demonstrative – Life Care Plan February 2021 cover page* | | Demonstrative Only - Used on 11/19 |
| 28 | *Demonstrative Eye Diagram* | | Demonstrative Only - Used on 11/17 |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 30 | *Demonstrative – Kylie's Diagnosis* | | Demonstrative Only - Used on 11/17 |
| 32 | *Demonstrative – Medical Treatment Timeline* | | Demonstrative Only – Used on 11/18 |
| 33 | *Demonstrative – Sarah Bellum's Photo* | | Demonstrative Only – Used on 11/18, 11/19 |
| 34 | *Demonstrative – Sarah Bellum* | | Demonstrative Only – Used on 11/19 |
| 35 | *Demonstrative – Physical/Mental Restrictions* | | Demonstrative Only – Used on 11/19 |
| 38 | *Demonstrative – Earning Loss from Crash to Date* | | Demonstrative Only – Used on 11/19 |
| 39 | *Demonstrative – Future Lost Earnings* | | Demonstrative Only – Used on 11/19 |
| 40 | *Demonstrative – Future Lost Retirement* | | Demonstrative Only – Used on 11/19 |
| 41 | *Demonstrative – Future Life Care Expenses* | | Demonstrative Only – Used on 11/19 |
| 44 | *Demonstrative – Page 1 of Life Care Plan February 2021* | | Demonstrative Only – Used on 11/19 |
| 46 | *Demonstrative - Physical/Mental Restrictions* | | Demonstrative Only – Used on 11/19 |
| 47 | *Demonstrative – Successful Employment* | | Demonstrative Only – Used on 11/19 |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| A-34 | Antioch Narrative Evaluation Spring Qtr 2018, EDUC-6271 | 11/18 | |
| A-36 | Antioch Narrative Evaluation Spring Qtr 2018, EDUC-5250 | 11/18 | |
| A-41 | Antioch Narrative Evaluation Winter Qtr 2019, EDUC-5320 | 11/18 | |
| A-42 | Antioch Narrative Evaluation Spring Qtr 2019, EDUC-5240 | 11/18 | |
| A-59 | Plaintiff's social media posts | 11/17 | |
| A-60 | Plaintiff's 3/25/2019 letter to K. Pearce re Yoga Program Manager | 11/18 | |
| A-62 | Plaintiff's writing sample submitted to K. Pearce | 11/18 | |
| A-65 | Work trade application at Unfold Yoga | 11/18 | |
| A-68 | Plaintiff's resume from Sarah Bellum file (Steeele 007950-007951) | 11/18 | |
| A90-1 | OHSU medical records (Pgs 658, 685) | | *Used on 11/17, 11/18 but not admitted* |
| A-105 | June 7, 2018 Swedish Hospital Neuro-Ophthamology note of Dr. Eugene May | 11/17 | |
| A-106 | Antioch University Graduation for Urban Environmental Education | 11/17 | |
| A-107 | Nancy Steele Facebook photograph excerpts | 11/18 | |
| A-108 | Video | 11/22 | |