UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLIE STEELE,

    Plaintiff,

v.

National Railroad Passenger Corp,

    Defendant.

CASE NO. C19-5553BHS

WITNESS LIST

| NO. | NAME | DATE | CALLED BY |
|---|---|---|---|
| 1 | Dr. James Chesnutt | 11/16, 11/17, 11/18/2021 | Plaintiff |
| 2 | Kirin Casteel | 11/17 | Plaintiff |
| 3 | Dr. Michelle Brown | 11/17 | Plaintiff |
| 4 | Dr. Bruce Wojciechowski | 11/17 | Plaintiff |
| 5 | Nancy Steele | 11/18 | Plaintiff |
| 6 | Kylie Steele | 11/18 | Plaintiff |

1

| NO. | NAME | DATE | CALLED BY |
|---|---|---|---|
| 7 | Sue Byers | 11/18 | Plaintiff |
| 8 | Rik Lemoncello, Ph.D. | 11/18/ 11/19 | Plaintiff |
| 9 | Tony Choppa | 11/19 | Plaintiff |
| 10 | Jeffrey Opp | 11/19 | Plaintiff |
| 11 | Dr. Jim Carson | 11/19 | Plaintiff |
| 12 | Janis Alger | 11/22 | Defendant |