THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLIE STEELE, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation; and, DOES ONE THROUGH FIFTY, <br><br> Defendants. | Case No. 3:19-cv-05553-BHS <br><br> **PLAINTIFF'S POST-TRIAL MOTION FOR COSTS AND NECESSARY DISBURSEMENTS** <br><br> **NOTED FOR CONSIDERATION ON DECEMBER 31, 2021** |

## I. INTRODUCTION

Plaintiff Kylie Steele moves for an order awarding costs totaling $14,539.19 pursuant to the Federal Rules of Civil Procedure Rule 54(d)(1) as the prevailing party in this action.

## II. BACKGROUND AND RELEVANT FACTS

Ms. Steele prevailed on her claims against Defendant National Railroad Passenger Corporation ("Amtrak") for the injuries she has suffered and continues to suffer due to the breach of Amtrak's duty of care relating to the train derailment that occurred on December 18, 2017.

Plaintiff's Post Trial Motion for Costs - Page 1
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

Commensurate with the legal and factual complexities of this case, the parties engaged in extensive pre-trial discovery.

### III. AUTHORITY

#### A. MS. STEELE IS ENTITLED TO COSTS FOR FEES OF THE CLERK.

Fees of the clerk and marshal are included within the permissible taxable costs awarded to the prevailing party. 28 U.S.C. §1920(1). On June 18, 2019 Plaintiff paid $400.00 to the United States District Court, Western District of Washington for filing fees.

#### B. PLAINTIFF IS ENTITLED TO COSTS FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE.

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case are also taxable costs awarded to the prevailing party. 28 U.S.C. §1920(2). Taxing of costs for depositions transcripts and copies is admissible. *Alflex Corp. v. Underwriters Laboratories, Inc.*, 914 F.2d 175, 177, 17 Fed. R. Serv. 3d. 1283 (9th Cir. 1990). Additionally, the costs of transcripts of trial testimony may be taxed. *Self v. FCA U.S. LLC*, 2019 WL 1994459 at *14 (E.D. CA 2019).

Plaintiff Kylie Steele incurred costs totaling $4,214.85 for transcripts necessarily obtained for use in the case. On October 6th, 2020 Plaintiff incurred a cost of $745.75 for a transcript of the deposition of Kylie Steele. On January 8th, 2021 Plaintiff incurred a cost of $761.75 for a transcript of the deposition of James Chesnutt. On February 12th, 2021 Plaintiff incurred a cost of $742.90 for a transcript of the deposition of Michelle Brown. On February 19th, 2021 Plaintiff incurred a cost of $665.70 for a transcript of the deposition of Bruce Wojciechowski. On June 23rd, 2021 Plaintiff incurred a cost of $601.25 for a transcript of the deposition of Rik Lemoncello. On November 16th, 2021 Plaintiff incurred a cost of $516.00 for

Plaintiff's Post Trial Motion for Costs - Page 2
Case No.: 3:19-cv-05553-BHS

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

transcripts of trial testimony. On November 12, 2021 Plaintiff incurred a cost of $181.50 for the cost of a transcript of phone conference with the court. Each of these costs were incurred for transcripts that were necessarily obtained for use in the case. Plaintiff respectfully asks that the court award $4,214.85 in costs for transcripts necessarily obtained for use in the case.

### C. PLAINTIFF IS ENTITLED TO COSTS FOR PRINTING

Fees and disbursements for printing are taxable as costs. 28 U.S.C. §1920(3). Over the two years of litigation, Plaintiff incurred $3,093.90 in costs for printing materials necessary for the case. Plaintiff is entitled to this expense as a taxable cost.

### D. PLAINTIFF IS ENTITLED TO COSTS FOR WITNESSES.

Fees and disbursements for witnesses are taxable as costs. 28 U.S.C. §1920(3). A witness in attendance at any court of the United States or before any person authorized to take his deposition shall be paid fees and allowances, including an attendance fee of $40 per day, reimbursement for travel costs, and subsistence if a room is required. 28 U.S.C. § 1821.

Plaintiff Kylie Steele incurred taxable costs totaling $1,561.78 for witnesses. This figure represents the attendance fee for ten witnesses for depositions and trial. Dr. James Chesnutt is entitled to an attendance fee of $40.00 per day for each of the three days that he appeared in trial in this case, as well as the one day that he appeared for a deposition, totaling $160.00. Dr. Rik Lemoncello appeared one day for a deposition and two days at trial, entitling him to a total attendance fee of $120.00. Dr. Michelle Brown appeared one day for a deposition, and one day at trial, entitling her to a total attendance fee of $80.00. Dr. Bruce Wojciechoswski appeared one day for a deposition, and one day at trial, totaling an $80.00 attendance fee. Susan Byers appeared as a witness for one day at trial, totaling a $40.00 attendance fee. Anthony Choppa appeared as a witness for one day at trial, totaling a $40.00 attendance fee. Jeffrey Opp appeared as a witness

Plaintiff's Post Trial Motion for Costs - Page 3
Case No.: 3:19-cv-05553-BHS

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

for one day at trial, totaling a $40.00 attendance fee. Dr. James Carson appeared as a witness for one day at trial, totaling a $40.00 attendance fee. Nancy Steele appeared as a witness for one day at trial, totaling a $40.00 attendance fee. Kirin Casteel appeared as a witness for one day at trial, totaling a $40.00 attendance fee. Together, the attendance cost of $40.00 per day for each witness totals $720.00 of costs that Plaintiff Kylie Steele, as the prevailing party, is entitled to.

In addition to attendance fees as described above, Dr. Chesnutt required a room rental for two days in order to be able to have a stable and sufficient connection for his remote testimony, a subsistence expense which totaled $133.88. Furthermore, technology assistance was needed to ensure that witnesses were able to adequately connect and to remain connected to the virtual proceedings for their testimony. The total cost of this technology, which was necessary given the unique nature of a remotely conducted Zoom trial, was $708.75. Given that this technology facilitated the testimony of each of the witnesses at trial, the expense breaks down to a per witness subsistence fee of $70.88. In total, the taxable witness expenses were $1,562.32.

**E.     THE COURT SHOULD AWARD OTHER COSTS TO PLAINTIFF**

Given the unique nature of a remotely conducted Zoom trial, Plaintiff Kylie Steele was required to expend $5,268.12 in costs for equipment and room rental to be able to facilitate the trial. These costs include $300.00 to rent webcams to ensure that the trial could proceed; $1,350.00 to rent monitors and laptops which were necessary for the remote Zoom trial; $390.00 to rent power sources and cabling necessary to ensure connectivity throughout trial; and $3,228.12 for a meeting room rental needed to allow Zoom connectivity for the duration of the trial. Given the unique nature of Zoom trials and the technology and equipment beyond that of which a law firm's typical equipment, Plaintiff requests that the court award $5,268.12 in other costs solely attributable to this proceeding.

Plaintiff's Post Trial Motion for Costs - Page 4
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

## IV. CONCLUSION

For the foregoing reasons, the plaintiff respectfully requests that the court award costs totaling $14,539.19 to the Plaintiff Kylie Steele, as the prevailing party. The total, $14,539.19, is the cumulation of the $400.00 filing fee recoverable under §1920(1); $4,214.85 in costs of deposition and trial transcripts necessary for the case recoverable under §1920(2); $3,093.90 in costs for printing as recoverable under §1920(3); and $1,562.32 for witness attendance fees recoverable under §1920(3); as well as $5,268.12 in other costs for technology necessary to facilitate the Zoom trial.

Dated December 14, 2021          **ROSSI VUCINOVICH PC**

By: /s James K. Vucinovich
James K. Vucinovich, WSBA #29199
C. N. Coby Cohen, WSBA #30034
**ATTORNEYS FOR PLAINTIFF**

Plaintiff's Post Trial Motion for Costs - Page 5
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004