THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLIE STEELE,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation; and, DOES ONE THROUGH FIFTY,<br><br>    Defendants. | Case No. 3:19-cv-05553-BHS<br><br>**[PROPOSED] TAXATION OF COSTS** |

THIS MATTER came before the Court upon Plaintiff's Post-Trial Motion for Costs. The Court has reviewed the following:

 1. Plaintiff's Bill of Cost Form and Attachment A-E and the files and records therein.

 2. Plaintiff's Post-Trial Motion for Costs and Necessary Disbursements.

 3. Declaration of James K. Vucinovich in Support of Plaintiff's Post Trial Motion for Costs.

 4. _____

[Proposed] Taxation of Costs - Page 1
Case No.: 3:19-cv-05553-BHS

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Costs is **GRANTED**, and the total costs of **$14,539.19** are taxed as costs in the above-captioned matter.

Dated this ___ day of December, 2021

**BY THE CLERK:**

_____
UNITED STATES DISTRICT COURT CLERK

**PRESENTED BY:**

**ROSSI VUCINOVICH PC**

By: */s James K. Vucinovich*
James K. Vucinovich, WSBA #29199
C. N. Coby Cohen, WSBA #30034
**ATTORNEYS FOR PLAINTIFF**

[Proposed] Taxation of Costs - Page 2
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004