# ATTACHMENT A

## FEES FOR THE CLERK

| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/18/2019 | US District Court-Western District | Civil Filing Fee | $400.00 |

# Kimberly Hubbard



Steele, Kylie
v.
Amtrak

| | |
|---|---|
| From: | notification@pay.gov |
| Sent: | Tuesday, June 18, 2019 10:31 AM |
| To: | Kimberly Hubbard |
| Subject: | Pay.gov Payment Confirmation: WAWD CM ECF |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CM/ECF Support at (866) 323-9293.

Application Name: WAWD CM ECF
Pay.gov Tracking ID: 26I7RCDR
Agency Tracking ID: 0981-5811703
Transaction Type: Sale
Transaction Date: Jun 18, 2019 1:30:32 PM

Account Holder Name: Cris Woodward
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************2515

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.
This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.