# ATTACHMENT B

## FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

| DATE | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/06/2020 | AdvancedOne Legal – Dallas | Transcript of deposition of Kylie Steele | $745.75 |
| 1/08/2021 | AdvancedOne Legal – Dallas | Transcript of deposition of James Chesnutt | $761.75 |
| 2/12/2021 | AdvancedOne Legal – Dallas | Transcript of deposition of Michelle Brown | $742.90 |
| 2/19/2021 | AdvancedOne Legal – Dallas | Transcript of deposition of Bruce Wojciechowski | $665.70 |
| 3/02/2021 | AdvancedOne Legal – Dallas | Transcript of deposition of Patricia Camplair | $513.40 |
| 6/23/2021 | AdvancedOne Legal – Dallas | Transcript of deposition of Rik Lemoncello | $601.25 |
| 11/16/21 | United States District Court Western District of Washington | Transcript of Trial | $516.00 |
| 11/12/21 | United States District Court Western District of Washington | Transcript of Phone Conference | $181.50 |

 

| James K. Vucinovich | # Invoice #704439 | |
|---|---|---|
| Rossi Vucinovich | | |
| 1000 Second Avenue, | Date | Terms |
| Suite 1780 | 10/20/2020 | Due on receipt |
| Seattle, WA 98104 | | |

**Job #400074 on 10/06/2020**

  Amtrak Matter#: 150985/31.
    Case: KYLIE STEELE, vs. NATIONAL RAILROAD
      PASSENGERCORPORATION, d/b/a AMTRAK,

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Kylie Steele** | | |
|  Appearance Fee Half Day Court Reporter | $ 35.00 | $ 35.00 |
|  Copy of Transcript (89 Pages) | $ 3.95 | $ 351.55 |
|  Copy of Transcript (89 Pages) | $ 3.95 | $ 351.55 |
|  Expert/Technical testimony (89 Pages) | $ 0.30 | $ 26.70 |
|  Exhibits - B&W (29 Pages) | $ 0.55 | $ 15.95 |
| | | $ 780.75 |
|  Credit for Appearance Fee | | $ -35.00 |
| | | $ -35.00 |
| | Amount Due: | $ 745.75 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 745.75 |
|---|---|
| Payment Due: | Upon Receipt |

         If paid after 11/19/2020 please pay this amount:    $ 820.33

We value you as a Partner and appreciate your business.

*Invoice #704439*

TAX ID #
Please make checks payable to:
AdvancedOne Legal
2777 N Stemmons Freeway, Suite 1025
Dallas, Texas 75207

Quick and Easy Online Payment option: www.hglitigation.com/client-portal/pay-invoices-online.
**Use this link to get our Current W-9: https://advancedone.box.com/s/tl9fcd6t7hpd9cwa71na5jipl048ja4g
Happy to help answer any questions: billingcentral@advancedone.com.

 

| | |
|---|---|
| James K. Vucinovich | **Invoice #713920** |
| Rossi Vucinovich (Seattle) | |
| 1000 SECOND AVENUE | |
| SUITE 1780 | |
| Seattle, WA 98104 | |

| Date | Terms |
|---|---|
| 03/23/2021 | Due on receipt |

| Job #408228 on 03/04/2021 |
|---|

Amtrak Matter#: 150985/31.
Case: KYLIE STEELE, vs. NATIONAL RAILROAD PASSENGERCORPORATION, d/b/a AMTRAK,

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript of Dr. James Chesnutt M.D.** | | | |
| Appearance Fee Full Day Court Reporter | $ 35.00 | 1.00 | $ 35.00 |
| Copy of Transcript (171 Pages) | $ 3.95 | 1.00 | $ 675.45 |
| Expert/Video/Technical/Remote testimony (171 Pages) | $ 0.30 | 1.00 | $ 51.30 |
| | | | $ 761.75 |

|  |  |
|---|---|
| Amount Due: | $ 761.75 |
| Paid: | $ 0.00 |

| Balance Due: | $ 761.75 |
|---|---|
| Payment Due: | Upon Receipt |

If paid after 04/22/2021 please pay this amount: $ 837.93

We value you as a Partner and appreciate your business.

**TAX ID #**
Please make checks payable to:
AdvancedOne Legal
2777 N Stemmons Freeway,Suite 1025
Dallas, Texas 75207

Quick and Easy Online Payment option: www.hglitigation.com/client-portal/pay-invoices-online.

*Invoice #713920*

**Click this link to get our Current W-9: https://advancedone.com/files/AODALW9.pdf
Happy to help answer any questions: billingcentral@advancedone.com.

 

James K. Vucinovich
Rossi Vucinovich (Seattle)
1000 SECOND AVENUE
SUITE 1780
Seattle, WA 98104

# Invoice #712546

| Date | Terms |
| --- | --- |
| 03/02/2021 | Due on receipt |

| Job #407581 on 02/12/2021 |
| --- |

Amtrak Matter#: 150985/31.
Case: KYLIE STEELE, vs. NATIONAL RAILROAD PASSENGERCORPORATION, d/b/a AMTRAK,

| Description | Price | Qty | Amount |
| --- | --- | --- | --- |
| **Copy Transcript of Michelle Brown PSY.D.** | | | |
| Copy of Transcript (133 Pages) | $ 4.25 | 1.00 | $ 565.25 |
| Expert/Video/Technical/Remote testimony (133 Pages) | $ 0.55 | 1.00 | $ 73.15 |
| Exhibits - B&W (90 Pages) | $ 0.55 | 1.00 | $ 49.50 |
| Lit Support Package | $ 55.00 | 1.00 | $ 55.00 |
| | | | $ 742.90 |

Amount Due: $ 742.90
Paid: $ 0.00

| Balance Due: | $ 742.90 |
| --- | --- |
| Payment Due: | Upon Receipt |

If paid after 04/01/2021 please pay this amount: $ 817.19

We value you as a Partner and appreciate your business.

TAX ID #
Please make checks payable to:
AdvancedOne Legal
2777 N Stemmons Freeway, Suite 1025
Dallas, Texas 75207

Quick and Easy Online Payment option: www.hglitigation.com/client-portal/pay-invoices-online.
**Click this link to get our Current W-9: https://advancedone.com/files/AODALW9.pdf
Happy to help answer any questions: billingcentral@advancedone.com.

 

James K. Vucinovich
Rossi Vucinovich (Seattle)
1000 SECOND AVENUE
SUITE 1780
Seattle, WA 98104

# Invoice #712799

| Date | Terms |
|---|---|
| 03/05/2021 | Due on receipt |

**Job #407856 on 02/19/2021**

**Amtrak Matter#:** 150985/31.
**Case:** KYLIE STEELE, vs. NATIONAL RAILROAD PASSENGERCORPORATION, d/b/a AMTRAK,

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript of Bruce Wojciechowski** | | | |
| Appearance Fee Half Day Court Reporter | $ 35.00 | 1.00 | $ 35.00 |
| Copy of Transcript (144 Pages) | $ 3.95 | 1.00 | $ 568.80 |
| Expert/Video/Technical/Remote testimony (144 Pages) | $ 0.30 | 1.00 | $ 43.20 |
| Exhibits - B&W (34 Pages) | $ 0.55 | 1.00 | $ 18.70 |
| | | | $ 665.70 |

| | Amount Due: | $ 665.70 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 665.70 |
|---|---|
| Payment Due: | Upon Receipt |

If paid after 04/04/2021 please pay this amount: $ 732.27

We value you as a Partner and appreciate your business.

TAX ID #
Please make checks payable to:
AdvancedOne Legal
2777 N Stemmons Freeway, Suite 1025
Dallas, Texas 75207

Quick and Easy Online Payment option: www.hglitigation.com/client-portal/pay-invoices-online.
**Use this link to get our Current W-9: https://advancedone.box.com/s/tl9fcd6t7hpd9cwa71na5jipl048ja4g
Happy to help answer any questions: billingcentral@advancedone.com.

 

# Invoice #713492

James K. Vucinovich
Rossi Vucinovich (Seattle)
1000 SECOND AVENUE
SUITE 1780
Seattle, WA 98104

| Date | Terms |
|---|---|
| 03/17/2021 | Due on receipt |

### Job #408040 on 03/02/2021

**Amtrak Matter#:** 150985/31.
**Case:** KYLIE STEELE, vs. NATIONAL RAILROAD PASSENGERCORPORATION, d/b/a AMTRAK,

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript of Patricia Camplair PH.D.** | | | |
| Appearance Fee Half Day Court Reporter | $ 35.00 | 1.00 | $ 35.00 |
| Copy of Transcript (112 Pages) | $ 3.95 | 1.00 | $ 442.40 |
| Exhibits - B&W (40 Pages) | $ 0.55 | 1.00 | $ 22.00 |
| Exhibits - Color (7 Pages) | $ 2.00 | 1.00 | $ 14.00 |
| | | | $ 513.40 |

| | |
|---|---|
| Amount Due: | $ 513.40 |
| Paid: | $ 0.00 |

| Balance Due: | $ 513.40 |
|---|---|
| Payment Due: | Upon Receipt |

If paid after 04/16/2021 please pay this amount:   $ 564.74

We value you as a Partner and appreciate your business.

TAX ID #
 able to:
AdvancedOne Legal
2777 N Stemmons Freeway, Suite 1025
Dallas, Texas 75207

Invoice #713492

Quick and Easy Online Payment option: www.hglitigation.com/client-portal/pay-invoices-online.
**Use this link to get our Current W-9:  https://advancedone.box.com/s/tl9fcd6t7hpd9cwa71na5jipl048ja4g
Happy to help answer any questions: billingcentral@advancedone.com.

 

| | |
|---|---|
| James K. Vucinovich | **Invoice #721099** |
| Rossi Vucinovich - Seattle | |
| 1000 SECOND AVENUE | |
| SUITE 1780 | |
| Seattle, WA 98104 | |

| Date | Terms |
|---|---|
| 07/07/2021 | Due on receipt |

**Job #414177 on 06/23/2021**

    **Amtrak Matter#:** 150985/31.
        **Case:** KYLIE STEELE, vs. NATIONAL RAILROAD
            PASSENGERCORPORATION, d/b/a AMTRAK,

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript of Rik Lemoncello Ph.D.** | | | |
|    Appearance Fee Full Day Court Reporter | $ 35.00 | 1.00 | $ 35.00 |
|    Copy of Transcript (130 Pages) | $ 3.95 | 1.00 | $ 513.50 |
|    Expert/Technical/Remote testimony (130 Pages) | $ 0.30 | 1.00 | $ 39.00 |
|    Exhibits - B&W (25 Pages) | $ 0.55 | 1.00 | $ 13.75 |
| | | | $ 601.25 |

| | |
|---|---|
| Amount Due: | $ 601.25 |
| Paid: | $ 0.00 |

| Balance Due: | $ 601.25 |
|---|---|
| Payment Due: | Upon Receipt |

If paid after 08/06/2021 please pay this amount:     $ 661.38

We value you as a Partner and appreciate your business.

TAX ID #
Please make checks payable to:
AdvancedOne Legal
2777 N Stemmons Freeway, Suite 1025
Dallas, Texas 75207

*Invoice #721099*

Quick and Easy Online Payment option: www.hglitigation.com/client-portal/pay-invoices-online.
**Click this link to get our Current W-9: https://advancedone.com/files/AODALW9.pdf
Happy to help answer any questions: billingcentral@advancedone.com.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ST44 Rev. 04/18<br>Derived from AO44 Rev. 04/18 | | | UNITED STATES DISTRICT COURT<br>For the WAWD | | | | | | | |

# UNITED STATES DISTRICT COURT
## For the WAWD

**INVOICE 20201056**

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| James Vucinovich<br>ROSSI VUCINOVICH<br>1000 Second Ave.<br>Suite 1780<br>Seattle, WA 98104 | Barry Fanning, RMR CRR CCP<br>United States Court Reporter<br>US District Court<br>1717 Pacific Ave.<br>Tacoma, WA 98402<br>Barry_Fanning@WAWD.USCOURTS.GOV |

| _ CRIMINAL  X CIVIL | DATE ORDERED: 11-16-2021 | DATE DELIVERED: 11-16-2021 |
|---|---|---|

**In the matter of:** 19-CV-05553-BHS, Steele v Amtrak

Copy of daily copy.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | 430 | 1.20 | 516.00 | | | | 516.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Misc. Charges | | | | | | | | | |
| | Subtotal | | | | | | | | | 516.00 |
| | Less Discount for Late Delivery | | | | | | | | | |
| | Tax (If Applicable) | | | | | | | | | |
| | Less Amount of Deposit | | | | | | | | | |
| | Total Refund | | | | | | | | | |
| | **Total Due** | | | | | | | | | 516.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|

**DISTRIBUTION:**  TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ST44 Rev. 04/18 Derived from AO44 Rev. 04/18 | | | UNITED STATES DISTRICT COURT For the WAWD | | | | | | | |

**INVOICE 20201047**

| | |
|---|---|
| Carter Brinchmann<br>ROSSI VUCINOVICH<br>1000 Second Ave.<br>Suite 1780<br>Seattle, WA 98104 | **MAKE CHECKS PAYABLE TO:**<br>Barry Fanning, RMR CRR CCP<br>United States Court Reporter<br>US District Court<br>1717 Pacific Ave.<br>Tacoma, WA 98402<br>Barry_Fanning@WAWD.USCOURTS.GOV |

| ___ CRIMINAL  X CIVIL | DATE ORDERED: 11-11-2021 | DATE DELIVERED: 11-12-2021 |
|---|---|---|

**In the matter of:** CV18-5498BHS, Steele v Amtrak

Phone conference on 11-10-21.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 30 | 6.05 | 181.50 | | | | | | | 181.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 181.50 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 181.50 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

**United States District Court**
**Ninth Circuit**

Date: 11/22/2021
Invoice Number: 202100286
Re: Steele v Amtrak

To:

James Vucinovich
1000 Second Avenue
Suite 1780
Seattle, Washington, 98104
Phone: (425) 646-8003

Make Checks Payable To:

**Ms. Angela Gayle Nicolavo, CRR, RMR, CRC**
**Official US Court Reporter**
United States District Court, Western District of Washington at Tacoma
1717 Pacific Avenue
Tacoma, WA, 98402
Phone: (253) 882-3832
Email: angela_nicolavo@wawd.uscourts.gov

## Case Details:

**Case Number:** 19-05553
**Case Title:** Steele vs. Amtrak
**Case Description:** Copy rate for one half of the trial transcript. Another invoice will be submitted by Barry Fanning reflecting the other half of the invoice.
**Criminal or Civil:** Civil

**Proceeding Date:** Nov 16, 2021
**Courthouse:** Tacoma
**Judge Hearing Case:** Judge Settle

## Transcripts:

**Date Ordered:** Nov 18, 2021
**Date Delivered:** Nov 22, 2021
**Transcripts Requested By:** C. Brinchmann

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily 1st Copy | 430 | $1.20 | $516.00 |

**Total:** $516.00

**Amount Due:** $516.00

*/s/ Angela Nicolavo*