THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLIE STEELE,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>                    Defendants. | Case No. 19-cv-05553-BHS<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR STAY OF EXECUTION** |

This matter having come before the Court on Defendant National Railroad Passenger Corporation's ("Amtrak's") motion for an order staying enforcement of the judgment entered in this matter, and having considered Amtrak's motion, and Plaintiff's opposition (if any), and having found good cause,

It is hereby **ORDERED** that:

1. Amtrak's motion for an order staying execution of the judgment is **GRANTED**; and

2. Amtrak shall post a supersedeas bond in the amount of $8,593,750 to stay execution of the judgment; and

3. Stay on execution of the judgment shall be effective upon Amtrak posting the supersedeas bond; and

4. The stay on execution of the judgment expires when the time for Amtrak to file an appeal has expired or the Court of Appeals for the Ninth Circuit issues a final decision in both matters, whichever is later.

ORDER GRANTING DEFENDANT'S MOTION FOR STAY
OF EXECUTION OF JUDGMENT - 1
CASE NO. 19-CV-05553-BHS
019188.0447/8812895.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

DATED this _____ day of _____, 2022.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented By:

LANE POWELL PC

By: *s/ Andrew G. Yates*
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com

LANDMAN CORSI BALLAINE & FORD, PC

By: *s/ Mark S. Landman*
Mark S. Landman, *Pro Hac Vice*
mlandman@lcbf.com
John A. Bonventre, *Pro Hac Vice*
jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*

ORDER GRANTING DEFENDANT'S MOTION FOR STAY OF EXECUTION OF JUDGMENT - 2
CASE NO. 19-CV-05553-BHS
019188.0447/8812895.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107