1                                                      THE HONORABLE BENJAMIN H. SETTLE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| KYLIE STEELE,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>        Defendant. | Case No. 3:19-cv-05553-BHS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR A NEW TRIAL, JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE REMITTITUR** |

THIS MATTER having come before the Court on Defendant National Railroad Passenger Corporation's Motion for a New Trial, Judgment as a Matter of Law, or in the Alterative Remittitur, and the Court having considered the arguments of counsel; the memorandum in support of Defendant's motion; the Declaration of Andrew G. Yates and all exhibits attached to his declaration; Plaintiff's opposition papers, if any; and Defendant's reply brief, if any;

And having found good cause, it is hereby **ORDERED** that Defendant's motion for

    ☐ A new trial is **GRANTED**;

    ☐ Judgment as a matter of law is **GRANTED**;

    ☐ Remittitur is **GRANTED**.

[PROPOSED] ORDER GRANTING DEFENDANT NRPC'S POST TRIAL MOTIONS - 1
CASE NO. 3:19-cv-05553-BHS
019188.0447/8816050.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**IT IS SO ORDERED**.

DATED this _____ day of January, 2022.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented By:

LANE POWELL PC

By *s/ Andrew G. Yates*
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Tim D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com

*Attorneys for Defendant National Railroad Passenger Corporation*

LANDMAN CORSI BALLAINE & FORD, PC

By *s/ Mark S. Landman*
    Mark S. Landman, *Pro Hac Vice*
    mlandman@lcbf.com
    John A. Bonventre, *Pro Hac Vice*
    jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT NRPC'S POST TRIAL MOTIONS - 2
CASE NO. 3:19-cv-05553-BHS
019188.0447/8816050.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107