THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLIE STEELE,

            Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation; and, DOES ONE THROUGH FIFTY,

            Defendants.

Case No. 3:19-cv-05553-BHS

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR STAY OF EXECUTION**

    Ms. Steele does not object to the posting of a bond pending appeal of this matter, though she is aware of no legal justification for appeal and is unpersuaded by the distorted view of the evidence outlined in Amtrak's post-trial briefing.

    Given such an unsupported basis for appeal, and the inordinate delay an appeal will engender, Ms. Steele believes that a bond of 1.5 to 2 times the judgment amount is more appropriate than the bond of 1.25 times suggested by Amtrak. *See, e.g., American Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1109 (9th Cir. 2004) (holding no error in applying a multiple of 2.5x to a judgment, though admittedly substantially smaller than this

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR NEW TRIAL , JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE REMITTITUR - Page 1
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

one). Thus, Ms. Steele requests that the Court order a bond to be posted in the amount of $12,031,250, representing 1.75 times the judgment amount prior to imposition of costs, during such time as an appeal proceeds in this matter.

Dated January 3, 2022	ROSSI VUCINOVICH PC

By: /s James K. Vucinovich
James K. Vucinovich, WSBA #29199
C. N. Coby Cohen, WSBA #30034
**ATTORNEYS FOR PLAINTIFF**

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR NEW TRIAL , JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE REMITTITUR - Page 2
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004