1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLIE STEELE,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 19-cv-05553-BHS

**DEFENDANT NATIONAL
RAILROAD PASSENGER
CORPORATION'S REPLY IN
FURTHER SUPPORT OF MOTION
FOR STAY OF EXECUTION
PURSUANT TO FED. R. CIV. P.
62(B)**

**NOTE ON MOTION CALENDAR:
JANUARY 7, 2022**

Defendant National Railroad Passenger Corporation ("Amtrak") files this reply in further support of its motion for stay of execution.

Plaintiff does not object to a stay of execution, but its contention that a superseadas bond of 1.75 times the judgment amount lacks support. As previously stated in Amtrak's moving brief, a bond of 1.25 to 1.5 times the judgment is typical. The amount requires analysis of the judgment plus interest, costs, and an estimate of any damages attributed to the delay, if any. 11 Charles Alan Wright & Arthur R. Miller, Fed. Prac. & Proc. Civ. § 2905 (3d ed., August 2019 Update). Plaintiff has not given any reason why a bond of 1.75 times the judgment would be appropriate. She has not even given a breakdown or given an estimate of any damages that may be attributed to the delay.

In fact, the rate for post judgment interest is governed by statute and the "interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year

DEFENDANT'S REPLY IN FURTHER SUPPORT OF
MOTION FOR STAY OF EXECUTION OF JUDGMENT
PURSUANT TO FED. R. CIV. P. 62(B) - 1
CASE NO. 19-CV-05553-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week **preceding the date of judgment**."  29 U.S.C. § 1961 (emphasis added).  The judgment in this case was entered on November 23, 2021.  Dkt. 88.  The applicable post judgment interest is therefore 0.18%.  Declaration of Andrew G Yates, January 7, 2021, at ¶ 2 and Ex. A attached thereto.

Furthermore, a bond of 1.25 times the judgment would be consistent with what this Court has ordered in a Related Case.  *See Wilmotte v. NRPC*, 2:18-cv-00085-BHS, Dkt. 152. Accordingly, a bond of 1.25 times the judgment in the amount of $8,593,750 is appropriate.

DATED this 7th day of January, 2022.

LANE POWELL PC


By   *s/ Andrew G. Yates*
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Tim D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com


LANDMAN CORSI BALLAINE & FORD, PC


By   *s/ Mark S. Landman*
    Mark S. Landman, *Pro Hac Vice*
    mlandman@lcbf.com
    John A. Bonventre, *Pro Hac Vice*
    jbonventre@lcbf.com

    *Attorneys for Defendant National Railroad Passenger Corporation*

DEFENDANT'S REPLY IN FURTHER SUPPORT OF
MOTION FOR STAY OF EXECUTION OF JUDGMENT
PURSUANT TO FED. R. CIV. P. 62(B) - 2
CASE NO. 19-CV-05553-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107