UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLIE STEELE,<br><br>           Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>           Defendant. | CASE NO. C19-5553 BHS<br><br>ORDER |

      THIS MATTER is before the Court on Defendant Amtrak's Motion to Stay Execution of Plaintiff Steele's Judgment against it. Dkt. 98. Amtrak asks the Court to allow it to post a supersedeas bond 1.25 times the $6,875,000 judgment, or $8,593,750, to stay execution while the Court considers Amtrak's post-trial motions, Dkt. 99, and perhaps while Amtrak appeals.

      Steele concedes that Amtrak is entitled to such a stay, but advocates for a larger supersedeas bond, 175% of the judgment amount, or $12,031,250. Dkt. 104 at 2.

ORDER - 1

Amtrak's motion for an order staying execution of the judgment, Dkt. 98, is **GRANTED**. Amtrak shall post a supersedeas bond in the amount of $10,000,000 to stay execution on the judgment. The stay shall be effective upon Amtrak posting the supersedeas bond. The stay expires when the time for Amtrak to appeal has expired or the Court of Appeals for the Ninth Circuit issues a final decision, whichever is later.

IT IS SO ORDERED.

Dated this 12th day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge