THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **KYLIE STEELE**,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a District of Columbia corporation; and, DOES ONE THROUGH FIFTY,**<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-05553-BHS<br><br>**NOTICE OF APPEARNCE** |

**TO:** **CLERK OF COURT**

**TO:** **DEFENDANT ABOVE-NAMED AND ITS COUNSEL:**

PLEASE TAKE NOTICE that Benjamin T. G. Nivison hereby enters his appearance as co-counsel for Plaintiff Kylie Steele in the above entitled action.

All pleadings, notices and other papers in this action should be served on the undersigned counsel.

Notice of Apperance - Page 1
Case No.: 3:19-cv-05553-BHS

**ROSSI VUCINOVICH P.C.**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

1  Dated: May 31, 2022

2                                              **ROSSI VUCINOVICH PC**

3                                              By:  s/ *Benjamin T. G. Nivison*
                                            Benjamin T. G. Nivison, WSBA No. 39797

4                                              1000 Second Ave, Suite 1420
                                            Seattle, WA 98115

5                                              bnivison@rvflegal.com
                                            **ATTORNEYS FOR PLAINTIFF**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Notice of Apperance - Page 2                                                  **ROSSI VUCINOVICH P.C.**
    Case No.: 3:19-cv-05553-BHS                                       1000 Second Avenue, Suite 1420
                                                                               Seattle, Washington 98104

25                                                                                (425) 646-8003/ Fax (425) 646-8004