1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLIE STEELE,

                    Plaintiff,

      v.

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK,

                  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:19-cv-05553-BHS

**FULL SATISFACTION OF
JUDGMENT AND TAXATION OF
COSTS**

Pursuant to RCW 4.56.100, the undersigned attorney of record for Plaintiff Kylie Steele hereby acknowledges that the judgment entered in this matter on November 23, 2021 in favor of Plaintiff against National Railroad Passenger Corporation ("Amtrak") has been fully satisfied. Plaintiff further acknowledges that the taxation of costs entered in this matter on February 1, 2022 in favor of Plaintiff Kylie Steele against Amtrak has been fully satisfied.  The Clerk is requested to note the same in the execution docket.

/ /

/ /

/ /

FULL SATISFACTION OF JUDGMENT AND TAXATION OF COSTS - 1
CASE NO. 3:19-cv-05553-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

019188.0447/8964947.1

DATED: July 13, 2022.

LANE POWELL PC


By s/ Tim D. Wackerbarth
   Tim D. Wackerbarth, WSBA #13673
   Andrew G. Yates, WSBA #34239


LANDMAN CORSI BALLAINE & FORD, PC


By: s/ Mark S. Landman
   Mark S. Landman, *Pro Hac Vice*
   mlandman@lcbf.com
   John A. Bonventre, *Pro Hac Vice*
   jbonventre@lcbf.com

*Attorneys for Defendant National Railroad Passenger Corporation*


ROSSI VUCINOVICH PC


By:  s/ James K. Vucinovich
   James K. Vucinovich, WSBA No. 29199
   jvucinovich@rvflegal.com
   C.N. Coby Cohen, WSBA No. 30034
   ccohen@rvflegal.com

*Attorneys for Plaintiff Kylie Steele*

FULL SATISFACTION OF JUDGMENT AND TAXATION OF COSTS - 2
CASE NO. 3:19-cv-05553-BHS

019188.0447/8964947.1